No. 71–789. JACOBS *v.* UNITED STATES, *ante,* p. 955;

No. 71–796. KASTENBAUM *v.* UNITED STATES, *ante,* p. 955;

No. 71–904. GREAT FIDELITY INVESTMENT CO. ET AL. *v.* MARTIN ET AL., *ante,* p. 955;

No. 71–5470. BEASLEY *v.* UNITED STATES, *ante,* p. 952;

No. 71–5547. McCRAY *v.* UNITED STATES, *ante,* p. 944;

No. 71–5582. GERARDI *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, ET AL., *ante,* p. 914;

No. 71–5588. TARLTON *v.* UNITED STATES, *ante,* p. 926;

No. 71–5718. BECKER *v.* UNITED STATES, *ante,* p. 932; and

No. 71–5738. ACARINO *v.* MISHLER, CHIEF JUDGE, U. S. DISTRICT COURT, *ante,* p. 956. Petitions for rehearing denied.

No. 70–6. SWARB ET AL. *v.* LENNOX ET AL., *ante,* p. 191. Petition for rehearing denied. MR. JUSTICE POWELL and MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 71–884. CHANDLER, U. S. DISTRICT JUDGE *v.* O'BRYAN, *ante,* p. 964. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.